1
MILBERG WEISS BERSHAD
  HYNES & LERACH LLP
2
REED R. KATHREIN (139304)
100 Pine Street, Suite 2600
3
San Francisco, CA  94111
Telephone:  415/288-4545
4
415/288-4534 (fax)
        - and -
5
WILLIAM S. LERACH (68581)
DARREN J. ROBBINS (168593)
6
600 West Broadway, Suite 1800
San Diego, CA  92101
7
Telephone:  619/231-1058
619/231-7423 (fax)
8

BULL & LIFSHITZ, LLP
9
JOSHUA M. LIFSHITZ
PETER D. BULL
10
18 E. 41st Street
New York, NY  10017
11
Telephone:  212-213-6222
212/213-9405 (fax)
12

Attorneys for Plaintiff
13

14
UNITED STATES DISTRICT COURT

15
NORTHERN DISTRICT OF CALIFORNIA

16

17
SURI FINGERER, On Behalf of Herself and All )
Others Similarly Situated,
18
                         Plaintiff,
19
         vs.
20
LOUDCLOUD, INC., GOLDMAN SACHS &
CO., MORGAN STANLEY & CO. INC.,
21
THOMAS WEISEL PARTNERS LLC, EPOCH
SECURITIES, INC., ALLEN & COMPANY
22
INC., CIBC WORLD MARKETS CORP.,
DAIN RAUSCHER INCORPORATED,
23
RAYMOND JAMES & ASSOCIATES, INC.,
ROBERTSON STEPHENS, INC., WIT
24
SOUNDVIEW CORP., MARC L.
ANDREESSEN, BENJAMIN A. HOROWITZ,
25
RODERICK M. SHERWOOD III, WILLIAM
V. CAMPBELL, MICHAEL S. OVITZ and
26
ANDREW S. RACHLEFF,
27
                         Defendants.
28

No.

CLASS ACTION

NOTICE OF RELATED CASES

*Molholt v. Loudcloud, Inc., et al.,*
No. C-01-20919-JF
*Wagner v. Loudcloud, Inc.,et al.,*
C-01-3951-JL
*Staugler v. Loudcloud, Inc., et al.,*
C-01-3963-CRB

TO:      THE COURT AND ALL PARTIES OF RECORD

Pursuant to Local Rule 3-12, plaintiff hereby gives notice of the following related actions now pending in the Northern District:

| Case Name | Case No. | Filing Date |
|---|---|---|
| *Molholt v. Loudcloud, Inc., et al.* | C-01-20919-JF | 09/28/01 |
| *Wagner v. Loudcloud, Inc.,et al.* | C-01-3951-JL | 10/19/01 |
| *Staugler v. Loudcloud, Inc., et al.* | C-01-3963-CRB | 10/22/01 |

The above actions appear to arise from the same or substantially identical transactions, happenings or events, and call for determination of the same or substantially identical questions of law and fact. This action is alleged as a class action and asserts claims for alleged violation of the federal securities laws.

WHEREFORE, plaintiff requests:

1.      That this action, *Fingerer v. Loudcloud, Inc., et al.*, be assigned to the Honorable Jeremy Fogel, the Judge assigned to the low-numbered action, *Molholt v. Loudcloud, Inc., et al.*; and

2.      That all subsequent related actions be assigned to the Honorable Jeremy Fogel.

DATED:  October 31, 2001            MILBERG WEISS BERSHAD
                                      HYNES & LERACH LLP
                                     REED R. KATHREIN


                                     _____
                                           REED R. KATHREIN

                                     100 Pine Street, Suite 2600
                                     San Francisco, CA  94111
                                     Telephone:  415/288-4545
                                     415/288-4534 (fax)

                                     MILBERG WEISS BERSHAD
                                       HYNES & LERACH LLP
                                     WILLIAM S. LERACH
                                     DARREN J. ROBBINS
                                     600 West Broadway, Suite 1800
                                     San Diego, CA  92101
                                     Telephone:  619/231-1058
                                     619/231-7423 (fax)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BULL & LIFSHITZ, LLP
JOSHUA M. LIFSHITZ
PETER D. BULL
18 E. 41st Street
New York, NY  10017
Telephone:  212-213-6222
212/213-9405 (fax)

Attorneys for Plaintiff

N:\CASES\LoudCloud\CNS80499.not